3
JASON BLUMBERG, NY State Bar No. 4055257
Trial Attorney
ANTONIA G. DARLING, State Bar No. 76190
Assistant United States Trustee
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
501 "I" Street, Suite 7-500
Sacramento, CA 95814-2322
(916) 930-2100 / Fax (916) 930-2099
Antonia.Darling@usdoj.gov
Jason.blumberg@usdoj.gov

Attorneys for United States Trustee,
Region 17, Tracy Hope Davis

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 16-22134-D-7 |
| | DC No.: UST-1 |
| **STANLEY MAYFIELD,** | Date: June 15, 2016<br>Time: 10:00 a.m.<br>Dept.: D |
| Debtor. | Courtroom: 34 |

DECLARATION OF TINA SPYKSMA

I, Tina Spyksma, declare as follows:

1. I am a Paralegal Specialist employed by the United States Department of Justice, Office of the United States Trustee (the "**UST**"), Sacramento, California.

2. I am submitting this Declaration in connection with the UST's motion (filed herewith) (the "**Motion**") for an order imposing sanctions against Pauldeep Bains, Esq.

1

3. On April 22, 2016, I accessed Pacer and downloaded a copy of the Petition, Schedules and Statement of Financial Affairs in the above-captioned bankruptcy case (docket no. 1 in Case No. 16-22134-D-7).  **Exhibit 1** to the Motion is a true and correct copy of this document.

4. On April 22, 2016, I accessed Pacer and downloaded a copy of the Petition, Schedules and Statement of Financial Affairs in Bankruptcy Case No. 16-22021-C-7 (docket no. 1 in Case No. 16-22021-C-7).  **Exhibit 2** to the Motion is a true and correct copy of this document.

5. On April 22, 2016, I accessed Pacer and downloaded a copy of the Petition, Schedules and Statement of Financial Affairs in Bankruptcy Case No. 16-22022-A-7 (docket no. 1 in Case No. 16-22022-A-7).  **Exhibit 3** to the Motion is a true and correct copy of this document.

6. On April 22, 2016, I accessed Pacer and downloaded a copy of the Petition, Schedules and Statement of Financial Affairs in Bankruptcy Case No. 16-22023-C-7 (docket no. 1 in Case No. 16-22023-C-7).  **Exhibit 4** to the Motion is a true and correct copy of this document.

///

///

///

I declare under penalty of perjury that the foregoing is true and correct and is of my own personal knowledge and if called to do so, I would testify to same.

Executed in Sacramento, California, on April 22, 2016.

_____
TINA SPYKSMA