Case 16-22134    Filed 05/03/16    Doc 14

3

JASON BLUMBERG, NY State Bar No. 4055257
Trial Attorney
ANTONIA G. DARLING, State Bar No. 76190
Assistant United States Trustee
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
501 "I" Street, Suite 7-500
Sacramento, CA 95814-2322
(916) 930-2100 / Fax (916) 930-2099
Antonia.Darling@usdoj.gov
Jason.blumberg@usdoj.gov

Attorneys for United States Trustee,
Region 17, Tracy Hope Davis

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 16-22134-D-7 |
| | DC No.: UST-1 |
| **STANLEY MAYFIELD,** | |
| | Date: June 15, 2016 |
| | Time: 10:00 a.m. |
| | Dept.: D |
| Debtor. | Courtroom: 34 |
| _____/ | |

### DECLARATION OF IRMA H. GARCIA

I, Irma H. Garcia, declare as follows:

1. I am a Legal Data Technician employed by the United States Department of Justice, Office of the United States Trustee ("**UST**"), Sacramento, California.

2. I am submitting this Declaration in connection with the UST's motion (filed herewith) (the "**Motion**") for an order imposing sanctions against Pauldeep Bains, Esq.

3. On April 7, 2016, I sent an email to Mr. Bains. <u>Exhibit 5</u> to the Motion contains a true and correct copy of my email.

1

4. In my email, I requested that Mr. Bains provide copies of the debtor's original signatures for the documents filed in the above-captioned case, as well as the documents filed in the following additional cases: (i) Case No. 16-22021-C-7 (In re Janis Broumley); (ii) Case No. 16-22022-A-7 (In re Richard Pagan and Nicole Pagan): and (iii) Case No. 16-22023-C-7 (In re James Dean and Donna Dean).

5. On April 7, 2016, I received a responsive email from Mr. Bains. Exhibit 5 to the Motion contains a true and correct copy of Mr. Bains's email (without attachments).

6. As part of Mr. Bains's email, he forwarded petitions, schedules, and other bankruptcy documents from this case and the additional cases identified in paragraph 4 above. Exhibit 6 to the Motion contains true and correct copies of documents forwarded by Mr. Bains on April 7, 2016.

7. On April 15, 2016, I received another email from Mr. Bains. As part of this email, Mr. Bains forwarded a declaration from the Debtor in this case – Stanley Mayfield. Exhibit 7 to the Motion is a true and correct copy of this declaration.

///

///

///

1  I declare under penalty of perjury that the foregoing is true and correct and is of my own
2  personal knowledge and if called to do so, I would testify to same.

  Executed in Sacramento, California, on April 22, 2016.

                                    _____
                                         IRMA H. GARCIA