```
BAINS LEGAL, PC
Pauldeep Bains, SBN: 268004
180 Promenade Circle, Suite 300
Sacramento, CA 95834
Tel: 916-800-7690
pbains@norcalbkattorney.com

Attorneys for Debtor(s)
STANLEY MAYFIELD
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT COURT OF CALIFORNIA

| In re:<br><br>STANLEY MAYFIELD,<br><br>Debtor. | Case No.: 16-22134-D-7<br>Chapter 07<br>DCN: UST-1<br><br>**DECLARATION OF PAULDEEP BAINS**<br><br>Hearing Date: July 13, 2016<br>Hearing Time: 10:00 A.M.<br>Hearing Location: 501 "I" Street, Sacramento, CA, Department D, 6th Floor, Courtroom 34<br>Honorable Judge Robert S. Bardwil |
|---|---|

I, Pauldeep Bains, declare:

1. That the matters as set forth in this declaration are true of my own knowledge, and, if called upon to do so, I could and would competently testify to them.

2. On July 15, 2016, at approximately 11:45 A.M., I went to this Court's website and watched the twelve-minute video titled "How to e-File in the eCalWebFiling Website".

3. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.


DATE: 07/15/2016                                            */s/ Pauldeep Bains*

                                                            Pauldeep Bains, Declarant

1